# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUZANNA AGADZHANOVA,<br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br><br>MERCEDES-BENZ USA, LLC,<br>　　　　　　　　　Defendant. | Case No. 23-cv-1834-BAS-JLB<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE (ECF No. 12)** |

On March 4, 2024, Plaintiff Ruzanna Agadzhanova and Defendant Mercedes-Benz USA, LLC submitted a joint stipulation for dismissal of the instant action with prejudice. (ECF No. 12) (the "Stipulation").

Under Rule 41(a)(1)(A), a plaintiff has an absolute right to voluntarily dismiss his action by (1) filing a notice of voluntary dismissal before a defendant has filed an answer or moved for summary judgment, *see* Rule 41(a)(1)(A)(i), or (2) filing a stipulation of dismissal signed by all parties who have appeared, *see* Rule 41(a)(1)(A)(ii). *See also Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Dismissal pursuant to Rule 41(a)(1)(A)(ii) is effective upon the filing of a compliant notice or stipulation. No court order is required. *See Stone v. Woodford*, CIV-F-05-845 AWI-DLB, 2007 WL 527766 (E.D. Cal. Feb. 16, 2007). Nonetheless, the local civil rules of this district require that where, as here, litigants seek voluntary dismissal by filing a signed stipulation pursuant to

Rule 41(a)(1)(A)(ii), such a stipulation must be filed as a joint motion.[1]

In the interests of justice and judicial economy, the Court shall construe the parties' Stipulation as the requisite joint motion. Accordingly, the Court, having considered the Stipulation, and for good cause shown, hereby **DISMISSES** the case. The above-captioned action is hereby dismissed in its entirety, with prejudice, with each party to bear its own attorneys' fees and costs. The Clerk shall close the case.

**IT IS SO ORDERED.**

**DATED: March 7, 2024**

Hon. Cynthia Bashant
United States District Judge

---

[1] *See* Electronic Case Filing Administrative Policies and Procedures Manual, United States District Court for the Southern District of California.